01

02

03

04

05

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

06

07

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. CR00-00599-RSL |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| BRADLEY PAUL DUNKLING, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

08

09

10

11

12

13        An evidentiary hearing on a petition for violation of supervised release in this case was

14   scheduled before the undersigned Magistrate Judge on September 19, 2007.  The United

15   States was represented by Assistant United States Attorney Douglas B. Whalley, and the

16   defendant by Mr. Allen M. Ressler.  The proceedings were recorded on cassette tape.

17        The defendant had been charged and convicted of Conspiracy to Distribute Marijuana

18   in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 846, and on or about July 20, 2001,

19   was sentenced by the Honorable Robert S. Lasnik to eighty-seven (87) months in custody, to

20   be followed by three (3) years of supervised release.

21        The conditions of supervised release included the requirements that the defendant

22   comply with all local, state, and federal laws, and with the standard conditions.  Special

23   conditions imposed included, but were not limited to, participation in a substance abuse

24   program,  financial disclosure, $10,000 fine, consent to search and seizure, no new credit

25   without USPO approval, and shall not be self-employed.

26        On March 1, 2006, the terms of supervised release were modified to prohibit defendant

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 1

01  from gambling or being involved with any legal or illegal gambling establishment or activity,

02  except in approved by the defendant's probation officer.

03       In a Petition for Warrant or Summons dated August 31, 2007, U.S. Probation Officer

04  Calvin Bouma alleged the following violations by defendant of the conditions of his supervised

05  release:

06  (1)  Committing the crime of Driving While Under the Influence of Intoxicating

07       Liquor or Drugs-Physical Control of a Vehicle (RCW 46.51.504) on or about

08       March 12, 2007, in King County Washington in violation of the general

09       condition that he not commit another federal, state, or local crime.

10  (2)  Engaging in gambling and being involved with a gambling establishment or

11       activity without the approval of the probation officer on numerous occasions

12       including but not limited to October 19, 2006, and February 8, 2007, in King

13       and other counties in Washington state, in violation of the special condition that

14       the defendant shall be prohibited from gambling and shall not be involved with

15       any legal or illegal gambling establishment or activity, except if approved by the

16       defendant's probation officer.

17  (3)  Incurring new credit charges and opening additional lines of credit in violation

18       of the special condition that he not incur new credit charges or open additional

19       lines of credit without the approval of the probation office.

20       On September 13, 2007, defendant made his initial appearance and was advised of his

21  the allegations and of his rights.  An evidentiary hearing was scheduled for September 19,

22  2007.

23       On September 19, 2007, an evidentiary hearing was held and defendant was advised of

24  the allegations and of his rights, and admitted to violation 2.  Alleged violations numbered 1

25  and 3 were withdrawn and dismissed by the government.

26       I therefore recommend that the Court find the defendant to have violated the terms and

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 2

01  conditions of his supervised release as to violation 2, and that the Court conduct a hearing

02  limited to disposition.  A disposition hearing has been set before the Honorable Robert S.

03  Lasnik on October 3, 2007, at 9:00 a.m.

04      Pending a final determination by the Court, the defendant has been detained.

05      DATED this 20th day of September, 2007.

06

07  *James P. Donohue*

08  JAMES P. DONOHUE
    United States Magistrate Judge

09

    cc:   District Judge:          Honorable  Robert S. Lasnik
10        AUSA:                    Mr. Douglas B. Whalley
          Defendant's attorney:    Mr. Allen M. Ressler
11        Probation officer:       Mr. Calvin Bouma

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 3